**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**WILLIE JOE WARREN**                                                              **PLAINTIFF**

**v.**                                                                    **No. 1:26-cv-00093- DAS**

**MIKE PERKINS, ET AL.**                                                    **DEFENDANTS**

### ORDER DISMISSING CASE WITHOUT PREJUDICE

This matter comes before the Court for consideration of dismissal. In *this* action, Plaintiff complains about the conditions of his confinement while housed at the Winston-Choctaw County Correctional Facility ("WCCCF") and names Sheriff Mike Perkins, Nurse Linch Hope, Chief of Security Joel Triplett, and Nurse Pettit as Defendants. *See* Doc. # 1. In an earlier-filed case, Plaintiff also complains about the conditions of his confinement while housed at WCCCF and names the facility, Sheriff Mike Perkins, and Unknown Triplett as Defendants. *See* Doc. # 1, *Warren v. Winston-Choctaw Co. Regional Corr. Facility*, No. 1:26-cv-00072-RP.

Plaintiff recently filed a Notice advising the court that it intended the two actions to be just a single civil rights action. Doc. # 13. Thus, the Court entered an Order to Show Cause advising Plaintiff to respond as to why *this* case should not be dismissed without prejudice as duplicative to the earlier filed action. Doc. # 14. Plaintiff responded again advising the Court that *this* case was meant to supplement the first-filed action rather than open a new case entirely. *See* Doc. # 16. "[A]n action may be dismissed [] if it duplicates claims raised by the same plaintiff in previous or pending litigation." *Emmett v. Hawthorn*, 459 F. App'x 490, 491 (5th Cir. 2012) (citation omitted). A district court has "broad discretion" in dismissing a complaint as duplicative. *See Blakely v. Evans*, 574 F. App'x 420, 420 (5th Cir. 2014). Plaintiff is entitled to "one bite at the litigation apple—but not more." *Pittman v. Moore*, 980 F. 2d 994, 995 (5th Cir. 1993).

Given the circumstances, the *instant* action was improvidently filed and should be dismissed as duplicative to the earlier-filed case referenced above. The instant action is, therefore, **DISMISSED without prejudice** to the Plaintiff's prosecution of his duplicative pending suit, No. 1:26-cv-00072-RP. The Clerk of Court is **DIRECTED** to file Docket Entry Numbers 1 and 4 (from this cause number) and any future submissions from Plaintiff related to *this* matter in the earlier-filed cause number. Plaintiff's pending motions to proceed *in forma pauperis* [2], [17], in this action are **DENIED without prejudice** as unnecessarily filed in *this* action.

SO **ORDERED**, this, the 31st day of July, 2026.

/s/ David A. Sanders
**DAVID A. SANDERS**
**UNITED STATES MAGISTRATE JUDGE**